# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD A. DOTTERER** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 13-06903** |
| | : | |
| **THOMAS PINTO, ET AL.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 27th day of January, 2016, upon consideration of the Defendants the Borough of North Catasauqua and Kim Moyer's Motion for Summary Judgment (Doc. No. 36) and the Defendants the Borough of Catasauqua and Douglas Kish's Motion for Summary Judgment (Doc. No. 38), it is hereby **ORDERED** that said Motions are **GRANTED.** Plaintiff's Complaint is dismissed against the Defendants the Borough of North Catasauqua, Kim Moyer, the Borough of Catasauqua, and Douglas Kish **WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a telephone conference has been scheduled by the Honorable Lawrence F. Stengel for **Tuesday, February 16, 2016 at 1:30 p.m.** to schedule trial on the remaining counts of the Plaintiff's Complaint. Plaintiff's counsel will initiate the call with opposing counsel and then with Judge Stengel's chambers at 267-299-7760.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.